504

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER JACOBS, Appellant. [665 NYS2d 570] —Appeal by the defendant from two judgments of the County Court, Suffolk County (Weber, J.), both rendered April 18, 1996, convicting him of attempted assault in the second degree under Indictment No. 2472/95, and robbery in the second degree under Indictment No. 347/96, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Copertino, Joy, Florio and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL JAMES, Appellant. [665 NYS2d 922] —Appeal by the defendant from a judgment of the County Court, Westchester County (West, J.), rendered September 7, 1994, convicting him of criminal possession of a controlled substance in the seventh degree (two counts) and unlawful possession of marihuana, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant waived his claim that the trial court failed to conduct a sufficient inquiry into whether the jury was exposed to a newspaper article detailing his involvement in an unrelated crime (*see, People v Albert,* 85 NY2d 851). In any event, under the circumstances of this case, we find that the defendant was not prejudiced by any alleged deficiencies in the court's inquiry (*see, People v Costello,* 92 AD2d 947). Miller, J. P., Ritter, Altman and Krausman, JJ., concur.